**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SBM ATLANTIA, INC., § | |
| ATLANTIA CORPORATION; and § | |
| ATLANTIA OFFSHORE LIMITED § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-0024 |
| § | |
| WISON FLOATING SYSTEMS, INC., § | |
| BEAU W. TOLL, MARK D. SLIDER, § | |
| ANTHONY N. "NEIL WILLIAMS, § | |
| NAGASIMHA KOLLEGAL and § | |
| HOMAYOUN HEIDARI § | |
| § | |
| Defendants. § | |

**TEMPORARY RESTRAINING ORDER**

The plaintiff, SBM Atlantia, Inc., filed a verified application for a temporary restraining order against defendants Beau W. Toll ("Toll"), Mark D. Slider ("Slider"), Anthony N. "Neil" Williams ("Williams"), Nagasimha Kollegal ("Kollegal"), Homayoun Heidari ("Heidari") and Wison Floating Systems, Inc. ("WFS"). The application and supporting material justify the issuance of a temporary restraining order. The individual defendants now work for WFS, a direct competitor of SBM Atlantia. Unless defendants are temporarily restrained from using, disclosing, copying, deleting or disposing of the SBM Atlantia Proprietary Data, SBM Atlantia will suffer immediate and irreparable injury, loss, or damage to its business operations and goodwill because: (a) the defendants will have the ability to use the SBM Atlantia Proprietary Data to compete with SBM Atlantia in the marketplace; (b) SBM Atlantia will be unfairly deprived of the exclusive right to use and exploit the SBM Atlantia Proprietary Data; and/or (c) SBM Altantia will be unfairly deprived

of the ability to discover the extent of defendants' possession and prior use of the SBM Atlantia Proprietary Data. This court enters the following orders:

1. Defendants Toll, Slider, Williams, Kollegal, and Heidari (and all persons acting in concert with them or at their direction) are restrained from using, copying, downloading, disclosing, deleting, or disposing of: (i) information contained on the storage devices listed under their respective names on the attached Exhibit A; (ii) information contained on any other storage device in their possession, custody, or control that contains information copied or downloaded from their SBM Atlantia computers before their respective resignations from SBM Atlantia; (iii) information previously transferred from the above-referenced storage devices onto any personal or business computer system or server; and (iv) any SBM Atlantia Proprietary Data.

2. Defendants Toll, Slider, Williams, Kollegal, Heidari, and WFS are ordered to preserve the above-reference storage devices until further order of this court.

3. Defendants Toll, Slider, Williams, Kollegal, and Heidari are ordered to preserve, until further order of this court, any information on personal or business computers obtained in any way, directly or indirectly, from SBM Atlantia.

4. Defendant WFS (and its employees, officers, agents, servants, and all other persons acting in concert with WFS or at its direction) is hereby restrained from using, copying, downloading, disclosing, deleting or disposing of any SBM Atlantia information provided to it by any of the Individual Defendants.

5. A hearing on the plaintiff's request for preliminary injunction is set for **January 10, 2011, at 5:00 p.m.**, in Courtroom 11-B, 515 Rusk, Houston, Texas 77002. The plaintiff must provide notice to each of the Defendants and their counsel, if known.

6. Plaintiff SBM Atlantia is ordered to post bond in the amount of $ 10,000.00

7. This Temporary Restraining Order will expire on January 17, 2011, unless extended in accordance with applicable law.

SIGNED on January 5, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge